**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO. 4:24-CR-00121-ALM-AGD-1** |
| | § | |
| **STACEY ALLEN SIMS (1)** | § | |

## REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This report and recommendation addresses a petition for revocation of the defendant's supervised release. Dkt. 6 (sealed).

## PROCEDURAL HISTORY

On April 23, 2013, defendant Stacey Allen Sims was sentenced to 138 months of imprisonment followed by three years of supervised release. *United States v. Sims*, No. 3:11-cr-00250-M (N.D. Tex. Apr. 23, 2013), Dkt. 1429. Sims's term of supervised release commenced on December 12, 2022. Dkt. 6 at 1.

In July 2026, a probation officer petitioned the court for a warrant, alleging that Sims had violated three conditions of his supervised release. *Id.* Specifically, the petition alleged that Sims had violated conditions that required him to: (1) not commit another federal, state, or local crime; (2) not unlawfully possess a controlled substance; and (3) refrain from excessive use of alcohol. *Id.* at 1–3. In support of those allegations, the petition asserted that Sims has been charged with evading arrest and possession of a controlled substance. *Id.* at 1–2.

A final revocation hearing was held before me on July 27, 2026. The government moved to dismiss allegation one. Minute Entry for July 27, 2026. Sims pleaded true to the three remaining allegations. *Id.* He also consented to revocation of his supervised release and waived his right to object to my proposed findings and recommendations. *Id.*; Dkt. 16. The government requested a sentence of 24 months of imprisonment, with no term of supervised release to follow, which is within the federal sentencing policy statements; the defendant agreed.

## RECOMMENDATION

In accordance with the Sentencing Reform Act of 1984, the court recommends that Sims's supervised release be revoked based on the allegations in the petition for revocation of his supervised release, Dkt. 6, and that Sims be committed to the custody of the Bureau of Prisons to be imprisoned for a term of 24 months, to run consecutively to any other term of imprisonment.

So **ORDERED** and **SIGNED** this 7th day of August, 2026.

Bill Davis
United States Magistrate Judge